H. C. Kendall Hester, Appellant, *v.* Henry W. Bull and Others, Copartners, Doing Business as Harriman & Company, Respondents.

First Department, December 9, 1932.

*Victor E. Cappa* of counsel [*Knowlton Durham*, attorney], for the appellant.

*George J. McDonnell* of counsel [*McDonnell & Lebett*, attorneys], for the respondents.

PER CURIAM. For the reasons given in *Martin* v. *Bull* (236 App. Div. 637), decided herewith, the order should be reversed, with twenty dollars costs and disbursements, and the motion to consolidate granted, with ten dollars costs.

Present — FINCH, P. J., MERRELL, MARTIN, SHERMAN and TOWNLEY, JJ.

Order reversed, with twenty dollars costs and disbursements, and motion to consolidate granted, with ten dollars costs.